UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BAILEY, | ) | CASE NO. CV 07-5805-GW (PJW) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| D. DEXTER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: October 25, 2009.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA07CV05805GW-O.wpd