UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAILEY, | CASE NO. CV 07-5805-GW (PJW) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| D. DEXTER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 25, 2009.

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA07CV05805GW-J.wpd